

# NUMBER 13-20-00544-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN RE ESTATE OF J.B. WELLS JR., DECEASED

---

**On appeal from the County Court
of Gonzales County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Silva
Memorandum Opinion by Chief Justice Contreras**

This matter is before the Court on appellants' unopposed motion to dismiss and an agreed motion to expedite mandate each indicating the parties successfully mediated the matter and a settlement is approved by all parties.

The Court, having considered appellants' motion and the agreed motion, is of the opinion that the motions should be granted. *See* TEX. R. APP. P. 42.1(a). Therefore, this matter is reinstated, appellants' unopposed motion to dismiss is granted, and the appeal

is hereby dismissed. Pursuant to the unopposed motion, costs will be taxed against the party incurring the same. Furthermore, the parties request immediate issuance of our mandate. *See* TEX. R. APP. P. 18.1(c). The motion is granted, and we direct the clerk of the court to issue the mandate immediately.

Additionally, appellants' pending first and second motions for extension of time to file reply brief are dismissed as moot.

DORI CONTRERAS<br>
Chief Justice

Delivered and filed on the
22nd day of July, 2021.